IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RAVEN BROWN PLAINTIFF

v. Case No. 1:26-cv-1035

WARD CREEK PROPERTIES; and
KYLE GRIFFIN DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Singleton recommended that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to follow an order of the Court and for failure to prosecute this matter. Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 8) in its entirety. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge